IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00029-BNB

RONNIE LEE RAILE,

    Applicant,

v.

PEOPLE OF THE STATE OF COLORADO AND FEDERAL,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 21 2011

GREGORY C. LANGHAM
                CLERK

## ORDER DISMISSING CASE

Applicant, Ronnie Lee Raile, is an inmate at the Adams County Detention Facility in Brighton, Colorado. Mr. Raile initiated this action by filing *pro se* a "Motion for Writ of Habeas Corpus." On January 10, 2011, Magistrate Judge Boyd N. Boland entered an order directing Mr. Raile to cure certain deficiencies if he wished to pursue his claims in this action. More specifically, Magistrate Judge Boland directed Mr. Raile to file an application for a writ of habeas corpus on the proper form and either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. On January 13, 2011, Mr. Raile filed a letter to the Court asking the Court to dismiss this action without prejudice so that he can pursue his claims at another time.

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Mr. Raile "may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No

response has been filed by Respondent in this action. Therefore, the Court will construe Mr. Raile's letter to the Court filed on January 13 as a notice of voluntary dismissal. A voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See **Hyde Constr. Co.***, 388 F.2d at 507. Accordingly, it is

ORDERED that Applicant's letter to the Court filed on January 13, 2011, is construed as a notice of voluntary dismissal. It is

FURTHER ORDERED that the instant action is dismissed without prejudice pursuant to Applicant's notice of voluntary dismissal. It is

FURTHER ORDERED that the voluntary dismissal is effective as of January 13, 2011, the date the notice of voluntary dismissal was filed in this action. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right.

DATED at Denver, Colorado, this __21st__ day of ___January___, 2011.

BY THE COURT:


___s/Lewis T. Babcock___
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00029

Ronnie Lee Raile
Prisoner No. 09-13670
Adams County Detention Facility
PO Box 5001
Brighton, CO 80601

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on January 21, 2011.

                                                               GREGORY C. LANGHAM, CLERK

                                                               By: _____
                                                                              Deputy Clerk